### In re ALTERATION OF FOUR-CORNER ROAD IN RICHMOND COUNTY.

(*Supreme Court, General Term, Second Department.* February 11, 1891.)

HIGHWAYS—ESTABLISHMENT.

On an application to open a public highway, it appeared that orchards and house inclosures were required therefor; that the proposed road would benefit but few people, and very slightly; that the cost would be very heavy; and that the existing road, which the proposed road was to replace, was sufficient for the public use. *Held*, that the application should be denied.

Appeal from special term, Richmond county.

Application for the establishment of the four-corner road in Richmond county. The application was granted, and the land-owners appeal.

Argued before BARNARD, P. J., and DYKMAN and PRATT, JJ.

*De Groot, Rawson & Stafford*, for appellants. *Geo. J. Greenfield*, for appellee.

BARNARD, P. J. The consent of the county judge ought not to have been granted upon the merits of the application. The road asked for takes orchards and house inclosures and a school-house. By the general law in rural districts, a highway could not be laid out through these lands. In cases of great public importance and convenience, the property owners must give way to the public necessity. The present case does not fill these requirements. The road benefits very few people, and very slightly. The cost will be quite heavy, and the road which this one is to displace is sufficient for the public use. The order should be reversed, with costs; and motion denied, with costs. All concur.